In re Victor A. SCHRECK, Karen M. Cope, and Richard Rouse.

No. 2009–1569.

United States Court of Appeals, Federal Circuit.

April 12, 2010.

Michael A. Hawes, Baker Botts L.L.P., of Houston, Texas, argued for appellants.

Scott C. Weidenfeller, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and William G. Jenks, Associate Solicitor. Of counsel was Nathan K. Kelley, Associate Solicitor.

Before MAYER, PLAGER, and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

In re Albert BAUER.

No. 2009–1383.

United States Court of Appeals, Federal Circuit.

April 12, 2010.

William J. Sapone, Coleman Sudol Sapone P.C., of Bridgeport, Connecticut, argued for appellant.

William LaMarca, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Nathan K. Kelley, Associate Solicitor.

Before BRYSON, SCHALL and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36